IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:09-CR-184-11-JEC |
| RAPHAEL PEDROZA PEREZ, | |
| Defendant. | |

**<u>ORDER</u>**

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [758] recommending accepting defendant's plea of guilty tendered on September 14, 2011. No objections to the Report and Recommendation [758] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [758] and **ACCEPTS** the defendant's plea of guilty as to Counts One of the Indictment. Sentencing will be set upon disposition of remaining defendants.

SO ORDERED this <u>23rd</u> day of SEPTEMBER, 2011.

<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)